IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.  1:20-CR-__109__ (_MAD_) |
| | ) |
| v. | ) **Information** |
| | ) |
| **YANG SUI,** | ) Violation:  18 U.S.C. § 1832(a)(1) |
| | )  [Theft of Trade Secrets] |
| | ) |
| | ) One Count and Forfeiture Allegation |
| | ) |
| **Defendant.** | ) County of Offense:  Schenectady |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**[Theft of Trade Secrets]**

Between January 1, 2015 and December 21, 2017, in Schenectady County in the Northern District of New York, and elsewhere, the defendant, **YANG SUI**, with the intent to convert trade secrets related to a product used in and intended for use in interstate and foreign commerce, specifically trade secrets involving silicon carbide metal-oxide semiconductor field-effect transistors (MOSFETs), to the economic benefit of anyone other than the General Electric Company, the owner of the trade secrets, and knowing and intending that the offense would injure the General Electric Company, knowingly did steal such information, in violation of Title 18, United States Code, Section 1832(a)(1).

**FORFEITURE ALLEGATION**

1. The allegations contained in this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Sections 1834 and 2323.

2. Pursuant to Title 18, United States Code, Sections 1834 and 2323, upon conviction of an offense in violation of Title 18, United States Code, Section 1832, the defendant, **YANG SUI**, shall forfeit to the United States of America any property used, and intended to be used, in any manner and part to commit and facilitate such offense, and any property constituted and derived from any proceeds obtained directly and indirectly as the result of such offense. The property to be forfeited includes, but is not limited to:

    a) A Lenovo laptop computer bearing serial number __PB-ARDCG ;__ and

    b) A Seagate portable drive, model SRD00F1, bearing serial number NA98VP1Y.

All pursuant to Title 18, United States Code, Section 1834 and 2323.

Dated: 4/16/2020

GRANT C. JAQUITH
United States Attorney

By: *S/Richard D. Belliss*
Richard D. Belliss
Assistant United States Attorney
Bar Roll No. 515295